```
               IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
                        HOUSTON DIVISION
```

MICHAEL CADDIE,                §
TDCJ-CID # 408109,             §
                               §
          Plaintiff,           §
                               §
                               §
v.                             §      CIVIL ACTION NO. H-05-1612
                               §
OFFICER E. HARRIS,             §
                               §
          Defendants.          §

### MEMORANDUM OPINION AND ORDER GRANTING MOTION TO DISMISS

The plaintiff has submitted a motion to dismiss under FED.R.CIV.P. 41(a). The courts have generally granted dismissal unless the defendants would suffer some plain legal prejudice other than the mere prospect of a second lawsuit. Manshack v. Southwestern Elec. Power Co., 915 F.2d 172, 174 (5th Cir. 1990). No such prejudice has been shown in the instant case.

The motion to dismiss (Docket Entry 6) is **GRANTED**.

The officials administering plaintiff's trust fund account (TDCJ-CID # 408109) are **ORDERED** to cease all withholding and payment of the filing fees in this action.

This action is **DISMISSED** pursuant to the plaintiff's voluntary motion.

The Clerk shall provide copies of this Memorandum Opinion and Order to the parties and to the TDCJ-ID Inmate Trust Fund, P.O. Box 629, Huntsville, Texas 77342-0629, fax 936-437-4793.

**SIGNED** at Houston, Texas, on this 17th day of August, 2005.

---

SIM LAKE
UNITED STATES DISTRICT JUDGE